IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DR. SUBRINA TAYLOR,**  Plaintiff  v.  **HARRISBURG AREA COMMUNITY COLLEGE,**  Defendant | Civil No. 1:12-CV-0169  Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant shall produce each outstanding document in Plaintiff's request for production of documents. After confirming that the requested document does not exist, Defendant shall certify to the court that it has searched for the requested document, and that its search was fruitless.

Defendant shall fully comply with the foregoing within **TEN DAYS** from the date of this order.

**IT IS FURTHER ORDERED** that the period for fact discovery will be reopened until January 2, 2014. The parties are advised that this extension shall not be grounds for Defendant to file an amended motion for summary judgment nor for Plaintiff to further delay in filing her response thereto.

s/Sylvia H. Rambo  
United States District Judge

Dated: November 20, 2013.